Argued January 3, 1944; decided February 24, 1944.

*Salvatore C. Salvo* for appellant.

*Nathaniel L. Goldstein, Attorney-General (Wortley B. Paul* and *Orrin G. Judd* of counsel), for respondents.

Order affirmed; no opinion.

Concur: LOUGHRAN, LEWIS, DESMOND and THACHER, JJ. Dissenting: LEHMAN, Ch. J., RIPPEY and CONWAY, JJ.